# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MARTINEZ JUDGE, <br><br> Defendant. | CR 99-000750-TJH <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

On arrest warrant issued by the United States District Court for the _CDCA_ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  ( ✓ ) the safety of any person or the community.

        The Court concludes:

    A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release_

```
 1        B.   ( ✓ ) Defendant is a flight risk because defendant has
 2             not shown by clear and convincing evidence that: _
 3             he can abide by conditions of release
 4             _____
 5             _____
 6             _____
 7
 8        IT IS ORDERED defendant be detained.
 9
10   DATED: October 17, 2008
11                                    _____
                                      CAROLYN TURCHIN
12                                    U.S. MAGISTRATE/DISTRICT JUDGE
13
...
20   [2/05]
```